(No. 718—Claim awarded $237.50.)

KENNEDY OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is controlled by the decision of the court in the case of *Herenden Milling Co.* v. *State. supra.*

BROWN, HAY & STEPHENS, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois by claimant, in the years 1921, 1922 and 1923, amounting in all to $712.50.

The Demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $237.50.